## A99A1603. TYSON v. THE STATE.
(548 SE2d 498)

BLACKBURN, Chief Judge.

In *State v. Tyson*,[1] the Supreme Court reversed the judgment of this Court's opinion in *Tyson v. State*.[2] Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own. *Judgment affirmed. Barnes and Ellington, JJ., concur.*

DECIDED MAY 11, 2001.

*Browning & Tanksley, George T. Smith,* for appellant.
*Patrick H. Head, District Attorney, Bruce D. Hornbuckle, Debra H. Bernes, John C. Richter, Assistant District Attorneys,* for appellee.

---

[1] *State v. Tyson*, 273 Ga. 690 (544 SE2d 444) (2001).
[2] *Tyson v. State*, 241 Ga. App. 288 (526 SE2d 603) (1999).
[1] In addition, Priester was charged with two recidivist counts.